### 3050. HARWELL *v.* TOWN OF MANSFIELD.

RUSSELL, J. There was no error in directing a verdict for the defendant. Even though the municipal corporation had contracted with the plaintiff as town marshal for a period of one year, his refusal to carry a night clock authorized his discharge. It is within the power of municipal authorities to prescribe reasonable rules and regulations for the conduct of its police officers, and to discharge such officers if they refuse to obey them.                *Judgment affirmed.*

DECIDED JUNE 29, 1911.

Complaint; from city court of Covington—Judge Whaley. November 8, 1910.

*Middlebrook, Rogers & Knox,* for plaintiff.

*R. W. Milner,* for defendant.